UNITED STATES of America,
Plaintiff—Appellee,

v.

Jerry A. WOMACK, Defendant—
Appellant.

No. 03–50357.

D.C. No. CR–01–00184–DOC–01.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Christine M. Adams, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Phillip A. Trevino, Esq., Law Offices of Phillip A. Trevino, Los Angeles, CA, for Defendant–Appellant.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb. 10, 2005).

VACATED and REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.